## BROWN v. SELLERS, Juvenile Court Judge.

(Court of Appeals of District of Columbia. Submitted March 5, 1923. Decided April 3, 1923. Rehearing Denied April 21, 1923.)

### No. 3890.

Error to the Juvenile Court of the District of Columbia.

Willis Brown was adjudged guilty of contempt of court, and he brings error, adversely to Kathryn Sellers, Judge of the Juvenile Court, District of Columbia. Reversed and remanded, with directions to dismiss the complaint.

Walter W. Burns, of Washington, D. C., for plaintiff in error.

F. H. Stephens and L. B. Perkins, both of Washington, D. C., for defendant in error.

Before SMYTH, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

VAN ORSDEL, Associate Justice. This case is here on writ of error to the juvenile court of the District of Columbia.

Plaintiff in error was adjudged guilty of contempt of court for writing and causing to be published a certain article purporting to give the history of a proceeding had in said court. The article is of considerable length, and no good purpose would be served in reproducing it in this opinion. It is sufficient to say that, upon careful examination, we are convinced that the publication is not contemptuous, and therefore the charge of contempt cannot be sustained.

The judgment is reversed, with costs to be assessed against the District of Columbia, and the cause remanded, with direction to dismiss the complaint.